**No. P68/67.**—Biddle Purchasing Co. v. United States, protest 65/20192 (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of brass garden

hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiff was sustained.